

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2014

No. 04-14-00825-CV

**IN THE INT OF JNA, JAA, ABD,** Children,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02932
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The clerk's record has been filed. However, the reporter's record, which was due December 5, 2014, has not yet been filed. Mr. David R. Zarate is the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal.

Texas Rule of Appellate Procedure 35.1(b) requires a court reporter to file a reporter's record in an accelerated appeal within ten days. TEX. R. APP. P. 35.1(b). Further, with regard to parental termination accelerated appeals, Rule 28.4(b)(2) states that while we may grant the court reporter an extension of time, "the extension or extensions granted must not exceed 30 days cumulatively, absent extraordinary circumstances." TEX. R. APP. P. 28.4(b)(2).

Accordingly, Mr. Zarate is hereby ORDERED to file the reporter's record in this appeal no later than December 29, 2015.

We further ORDER the Clerk of this Court to serve a copy of this order on Mr. Zarate by first class United States mail and by certified mail, return receipt requested. We also ORDER the Clerk of this Court to serve a copy of this order on the Honorable Charles E. Montemayor. *See* TEX. R. APP. P. 28.4(b)(1); 35.3(c).

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court